UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs. | § | CRIMINAL NO. B-87-004 |
| JORGE SAYERAS-JOHER<br>MARY CHRISTINE HAAG | § | |

## STATUS REPORT

The United States of America, through ALAMDAR S. HAMDANI, United States Attorney and the undersigned Assistant United States Attorney, files this Status Report per the Court's order.

## RELEVANT BACKGROUND

1. On January 13, 1987, the defendants, Jorge Sayeras-Joher and Mary Christine Haag were indicted for Conspiracy to Import $40,000 U.S. Currency without Reporting, a violation of 18 U.S.C. 371, and 31 U.S.C. 5316, in United States District Court, Brownsville, Texas, Cause No. B-87-004. Records indicate both defendants failed to appear for the final pre-trial setting after being granted bond.

2. The defendant Sayeras-Joher if still living would be 73 years old in 2023. Database searches did not yield any other information.

3. The defendant Haag if still living would be 67 years old in 2023. Database searches did not yield any other information.

## CONCLUSION

The United States recommends that the Court keep the case pending so that law enforcement may renew efforts to locate the defendants.

Respectfully submitted,

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

*s/ Paul Marian*
PAUL MARIAN
Assistant U.S. Attorney
Fed. Bar No. 3312749
State Bar No. 24078919
600 E. Harrison, Ste. 201
Brownsville, TX 78520
Ph: (956)548-2554 / Fax: (956)548-2711